# United States District Court
# District of Minnesota

United States of America,

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 00-1783 DWF/RLE

Leigh A. Johnson

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of eight thousand, two hundred and ninety-eight dollars and 76/100 Dollars ($8,298.76) plus additional prejudgment interest from 4/25/00, at 8% per annum; and this judgment will accrue interest from the date of judgment at the legal rate of 6.241% per annum.

FRANCIS E. DOSAL, CLERK

DATED: October 17, 2000

By [signature]
Deborah D. Bell, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $4,882.37 |
| Costs and disbursement | $ 311.85 |
| Interest to 4/25/00 | $3,104.54 |
| Surcharge | $ |
| | **$8,298.76 (plus interest - see above)** |

4